Steven M. Johnson (I.D. No. 1835)
CHURCH, HARRIS, JOHNSON & WILLIAMS, P.C.
P. O. Box 1645
Great Falls, MT 59403
Telephone (406) 761-3000
Facsimile (406) 453-2313
E-mail: sjohnson@chjw.com

Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 10-60240 |
| Sherry Fields and Lee Fields, | ) | (Chapter 12) |
| | ) | |
| Debtors. | ) | |

_____

**NOTICE OF CONVERSION TO CHAPTER 7**

_____

The Debtors hereby convert their Chapter 12 case to a case under Chapter 7.

DATED this 28th day of December, 2011.

CHURCH, HARRIS, JOHNSON & WILLIAMS, P.C.

           /s/ Steven M. Johnson           
    Steven M. Johnson
    Attorneys for Debtors