Steven M. Johnson (I.D. No. 1835)
CHURCH, HARRIS, JOHNSON & WILLIAMS, P.C.
P. O. Box 1645
Great Falls, MT 59403
Telephone (406) 761-3000
Facsimile (406) 453-2313
E-mail: sjohnson@chjw.com

Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-60240 |
| Sherry Fields and Lee Fields, ) | (Chapter 12) |
| ) | |
| Debtors. ) | |

## REVISED NOTICE OF CONVERSION TO CHAPTER 7

The Debtors hereby convert their Chapter 12 case to a case under Chapter 7.

DATED this 28th day of December, 2011.

                        CHURCH, HARRIS, JOHNSON & WILLIAMS, P.C.

                                  /s/ Steven M. Johnson
                                  Steven M. Johnson
                                  Attorneys for Debtors

329546.1

## CERTIFICATE OF SERVICE

Under penalty of perjury, I, the undersigned, do hereby certify that on the 28th day of December 2011, a copy of the within and foregoing **Revised Notice of Conversion to Chapter 7** was served via CM/ECF and/or U.S. Mail, postage pre-paid on all parties entitled to or requesting notice, including the following, as indicated:

See attached list

/s/ Steven M. Johnson
Steven M. Johnson

329546.1

American Express
PO Box 650448
Dallas, TX  75265-0448

Anesthesia Partners Of Montana
Department 0906
Denver, CO  80256-0001

Bank Of America
PO Box 851001
Dallas, TX  75285-1001

Capital One Bank
PO Box 60599
City Of Industry, CA  91716-0599

CBB Collections Inc.
PO Box 31213
Billings, MT  59107-1213

Chase
Card Member Services
PO Box 94014
Palatine, IL  60094-4014

Chrysler Financial
27777 Inkster Rd
Farmington Hills MI  48334-5326

Citibank
PO Box 6000
The Lakes, NV  88901

Citibank
PO Box 6500
Sioux Falls, SD  57117-6500

CNH Capital
PO Box 3600
Lancaster, PA  17604-3600

CNH Capital
PO Box 1083
Evansville, IL  47706-1083

Converse County Bank
PO Box 689
Douglas, WY  82633

Discover Financial Services
PO Box 3025
New Albany OH  43054-3025

GE Money Bank
PO Box 530912
Atlanta, GA  30353-0912

GE Money Bank
PO Box 981127
El Paso, TX  79998-1127

Mark Lodine
Attorney at Law
PO Box 7669
Missoula MT  59807-7669

Bruce Nelson
Montana State SFA Office
PO Box 670
Bozeman MT  59771-0670

Pachy Burns
Box 1510
Big Timber, MT  59011

Sears
PO Box 183082
Columbus, OH  43218-3082

Thomas J. Fields
PO Box 140
Edgar, MT  59026

U.S. Dept Of Education
Direct Loan Servicing Center
PO Box 5609
Greenville, TX  75403-5609

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia PA  19114-0326

Montana Dept of Revenue
Bankruptcy Specialist
PO Box 7701
Helena MT  59604-7701

Northern Rockies Neurosurgeons
2900 12th Ave N  Ste 315W
Billings, MT  59101

RECDS
State Director
PO Box 850
Bozeman MT  59771-0850

St. Vincent Healthcare
PO Box 35200
Billings, MT  59107-5200

Torgerson's of Billings
5022 Laurel Rd
Billings, MT  59101

U.S. Office of the Trustee
301 Central Ave Ste 204
Great Falls MT  59401

Yvonne B. Snider
2826 Oakland Dr #8
Billings, MT 59102

Memorial Hospital of Converse County
ATTN: Annette Cooper
PO Box 1450
Douglas WY 82633

American Express Bank
c/o Becket & Lee LLP
PO Box 3001
Malvern PA 19355-0701

Accounts Management Service
1333 N 27th S
Billings MT 59101-0109

Chase Bank USA, N.A.
PO Box 15145
Wilmington DE 19850-5145

Chrysler Financial Services
c/o Doug James
PO Box 2559
Billings MT 59103-2559

GE Consumer Finance
dba CareCredit/GEMB
PO Box 960061
Orlando FL 32896-0061

Ortho Montana PSC
Department 1362
Denver CO 80256-0001

Dennis Hoeger
Ch 12 Trustee
PO Box 3301
Bozeman MT 59772-3301

Capital One Bank, N.A.
American Infosource LP as Agent
PO Box 71083
Charlotte NC 28272-1083

Recovery Mgmt Services Corp
For GE Money Bank, dba Sam's Club
25 SE 2nd Ave, Ste 1120
Miami FL 33131-1605

Carbon County Farm Service Agency
PO Box 509
Joliet MT 59041

Montana Farm Service Agency
PO Box 670
Bozeman, MT 59771