Juliane E. Lore (ID. No. 9786)
**LORE LAW FIRM, P.L.L.C.**
2921 2nd Ave. North
Billings, MT 59101
Telephone (406) 206-0144
Facsimile: (406) 281-8463
Email: juliane@lorelaw.us

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10-60240 |
| | ) | |
| SHERRY FIELDS and | ) | <u>MOTION TO DISMISS</u> |
| LEE FIELDS, | ) | <u>AND WAIVE 14-DAY</u> |
| | ) | <u>NOTICE TIME</u> |
| | ) | |
| Debtors. | ) | |

COMES NOW the Debtors above named, SHERRY FIELDS and LEE FIELDS, by and through their attorney Juliane E. Lore, and hereby moves the Court to dismiss this case and waive the 14-day notice period. The reason for the request to waive this response time is because the Debtors' agricultural season is beginning and they must begin restructuring outside of the bankruptcy protection they have been under for two years. Their 341 hearing and the ability to apply for permission to incur new debt or sell assets is still at least two to three weeks away. The Fields must begin agricultural activities immediately or they will lose the ability to farm this season at all. The case was initially filed as a Chapter 12, under which they had the right to move for dismissal, and they wish to exercise this right in their current Chapter 13 case. The Chapter

13 Trustee assigned to this case, Bob Drummond, has been contacted regarding this motion and has no objection to the Debtor's dismissal.

WHEREFORE, the undersigned moves the Court for an Order of Dismissal and Waiver of the 14 Day Notice Period.

DATED THIS 2nd day of April, 2011.

**LORE LAW FIRM, P.L.L.C.**
2921 Second Ave. North
Billings, Montana 59101

By: /s/ Juliane E. Lore
Juliane E. Lore
Attorney for Debtors

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury that a copy of the foregoing Motion to Dismiss was sent by first class mail postage prepaid on the _2nd_ day of April, 2012, to the following:

American Express
PO Box 650448
Dallas, TX  75265-0448

Anesthesia Partners Of Montana
Department 0906
Denver, CO  80256-0001

Bank Of America
PO Box 851001
Dallas, TX  75285-1001

Capital One Bank
PO Box 60599
City Of Industry, CA  91716-0599

CBB Collections Inc.
PO Box 31213
Billings, MT  59107-1213

Chase
Card Member Services
PO Box 94014
Palatine, IL  60094-4014

Chrysler Financial
27777 Inkster Rd
Farmington Hills MI  48334-5326

Citibank
PO Box 6000
The Lakes, NV  88901

Citibank
PO Box 6500
Sioux Falls, SD  57117-6500

CNH Capital
PO Box 3600
Lancaster, PA  17604-3600

CNH Capital
PO Box 1083
Evansville, IL  47706-1083

Converse County Bank
PO Box 689
Douglas, WY  82633

Discover Financial Services
PO Box 3025
New Albany OH  43054-3025

GE Money Bank
PO Box 530912
Atlanta, GA  30353-0912

GE Money Bank
PO Box 981127
El Paso, TX 79998-1127

Mark Lodine
Attorney at Law
PO Box 7669
Missoula MT 59807-7669

Bruce Nelson
Montana State SFA Office
PO Box 670
Bozeman MT 59771-0670

Pachy Burns
Box 1510
Big Timber, MT 59011

Sears
PO Box 183082
Columbus, OH 43218-3082

Thomas J. Fields
PO Box 140
Edgar, MT 59026

U.S. Dept Of Education
Direct Loan Servicing Center
PO Box 5609
Greenville, TX 75403-5609

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia PA 19114-0326

Montana Dept of Revenue
Bankruptcy Specialist
PO Box 7701
Helena MT 59604-7701

Northern Rockies Neurosurgeons
2900 12th Ave N Ste 315W
Billings, MT 59101

RECDS
State Director
PO Box 850
Bozeman MT 59771-0850

St. Vincent Healthcare
PO Box 35200
Billings, MT 59107-5200

Torgerson's of Billings
5022 Laurel Rd
Billings, MT 59101

w/ CNH
c/o
=TRACTOR

U.S. Office of the Trustee
301 Central Ave Ste 204
Great Falls MT 59401

Yvonne B. Snider
2826 Oakland Dr #8
Billings, MT 59102

American Express Bank
c/o Becket & Lee LLP
PO Box 3001
Malvern PA 19355-0701

Chase Bank USA, N.A.
PO Box 15145
Wilmington DE 19850-5145

GE Consumer Finance
dba CareCredit/GEMB
PO Box 960061
Orlando FL 32896-0061

Dennis Hoeger
Ch 12 Trustee
PO Box 3301
Bozeman MT 59772-3301

Recovery Mgmt Services Corp
For GE Money Bank, dba Sam's Club
25 SE 2nd Ave, Ste 1120
Miami FL 33131-1605

Memorial Hospital of Converse County
ATTN: Annette Cooper
PO Box 1450
Douglas WY 82633

Accounts Management Service
1333 N 27th S
Billings MT 59101-0109

Chrysler Financial Services
c/o Doug James
PO Box 2559
Billings MT 59103-2559

Ortho Montana PSC
Department 1362
Denver CO 80256-0001

Capital One Bank, N.A.
American Infosource LP as Agent
PO Box 71083
Charlotte NC 28272-1083

/s/ Juliane E. Lore
For LORE LAW FIRM PLLC