## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

In re

  **SHERRY FIELDS** and **LEE FIELDS**,

  Debtors.

Case No. **10-60240-13**

# O R D E R

At Butte in said District this 3rd day of April, 2012.

In this Chapter 13 bankruptcy Debtors filed a motion to dismiss and waive 14-day notice on April 2, 2012. The motion states that the Chapter 13 Trustee has no objection. After review of the motion and record, with the Trustee's consent, the Court finds that the motion is filed for good cause and should be granted and the notice period waived.

**IT IS ORDERED** Debtors' motion to dismiss and waive 14-day notice filed April 2, 2012, is granted; and pursuant to 11 U.S.C. § 1307 this case is dismissed.

BY THE COURT

*Ralph B. Kirscher*

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana